```
Rosemary Dady  SBN# 190174
Rubicon Legal Services
101 Broadway Ave.
Richmond, California 94804
(510) 620-1144
(510) 232-2271 (Fax)

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELASQUEZ,<br>          Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br>          Defendant. | CIVIL NO.  14-cv-04361-MEJ<br><br>**STIPULATED REQUEST AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

     IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension of time of 30 days in which to file his Motion for Summary Judgment.   Plaintiff's motion was due on February 9, 2015 pursuant to Civil L.R. 16-5. Plaintiff's Motion for Summary Judgment is now due on March 11, 2015.

Dated: January 30, 2015                  /s/ Rosemary Dady
                                                  ROSEMARY DADY
                                                  Attorney for Plaintiff


Dated: January 30, 2015                  /s/ In Seong Jeong   (By Email Authorization)
                                                  IN SEON JEONG
                                                  Attorney for Defendant

```
The deadlines in the October 21, 2015 Statement of Facts Order (Dkt.
No. 11) are adjusted accordingly.
```

APPROVED AND SO ORDERED.

Dated: February 2, 2015                          _____
                                                  HON. MARIA-ELENA JAMES

*Stipulated Request and Order Extending Time for Plaintiff to File Motion for Summary Judgment*