MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: Jacob.Mikow@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELASQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:14-CV-04361-MEJ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, that Defendant shall have an extension of time of 30 days to file a Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  An extension of time is needed given Defense counsel's workload, and in order for counsel to review and respond to the issues raised in Plaintiff's motion.

    The new due date for Defendant's Cross-Motion and Opposition will be May 8, 2015.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Prop. Order for Extension, 3:14-CV-04361-MEJ

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: 4/6/2015 | By: */s/ Rosemary Dady* <br> ROSEMARY DADY <br> (as authorized via-email on 4/6/2015) |
|   | MELINDA L. HAAG <br> United States Attorney |
| Dated: 4/6/2015 | By: */s/ Jacob M. Mikow* <br> JACOB M. MIKOW <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

Of Counsel:

IN SEON JEONG
Assistant Regional Counsel

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 7, 2015

_____
HON. MARI-ELENA JAMES
UNITED STATE DISTRICT JUDGE

Stip. & Prop. Order for Extension, 3:14-CV-04361-MEJ